# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBISAEL RIVERA GUADALUPE, | |
| Plaintiff, | CIVIL ACTION NO. 3:19-cv-01140 |
| v. | (SAPORITO, M.J.) |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

## ORDER

AND NOW, this 15th day of September, 2020, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgment AFFIRMING the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall CLOSE this case.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: September 15, 2020

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June 17, 2019.  He is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  *See also* Section 205(g) of the Social Security Act, 42 U.S.C. §405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).  The caption in this case is amended to reflect this change.